| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE ST. JOSEPH _____ COURT |
| | )SS | |
| COUNTY OF ST. JOSEPH | ) | CAUSE NO.: 71D04 0205 PI 00150 |

| | |
|---|---|
| MARSHALL FINCHER, | ) |
|    Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| SOUTH BEND HOUSING AUTHORITY | ) |
| and SOUTH BEND HERITAGE | ) |
| FOUNDATION, | ) |
|    Defendants. | ) |

*ST. JOSEPH COUNTY CLERK   2007 MAY 30 P 2:27   SUPERIOR COURT*

## COMPLAINT FOR DECLARATORY, INJUNCTIVE, AND COMPENSATORY RELIEF

Plaintiff, Marshall Fincher (Mr. Fincher), by counsel, states to the Court:

### A. FACTS

1. He is a resident of South Bend, St. Joseph County, Indiana.

2. During the year 2006, he was a resident of the South Bend Housing Authority.

3. The South Bend Housing Authority terminated his tenancy. The actual, non-pretextual reasons for the termination are not clear to him.

4. Prior to the termination of his tenancy, Mr. Fincher had sued the South Bend Housing Authority and obtained a monetary settlement from the Housing Authority. The case alleged, in part, that the South Bend Housing Authority had failed to comply with federal rules issued by the United States Department of Housing and Urban Development pertaining to due process hearing rights of tenants.

5. Subsequent to the termination of his tenancy by the South Bend Housing Authority, Mr. Fincher applied for admission to the Robertson's Apartments facility located in South Bend and owned by the South Bend Heritage Foundation.

6. Mr. Fincher's application for admission to Robertson's Apartments was denied. He challenged the decision and requested a hearing to challenge that denial, but no hearing was ever scheduled and notice was not given to either him or his attorney.

## B. DEFENDANT PARTIES

7. On information and belief, the South Bend Housing Authority is an entity receiving substantial federal funds from federal state and municipal agencies.

8. On information and belief, the South Bend Heritage Foundation is an entity receiving substantial federal, state, and municipal funds.

9. As such, both the South Bend Housing Authority and the South Bend Heritage Foundation are required to comply with requirements of federal and state law, as well as requirements of the Constitution of the United States and the Constitution of the State of Indiana.

## C. EQUITY

10. Mr. Fincher asserts that there is a dispute concerning his rights as a tenant in the South Bend Housing Authority and his rights as an applicant for admission to Robertson's Apartments, together with a dispute as to the respective rights, obligations, and liabilities of the parties to each other concerning his terminated tenancy and his attempted tenancy. He further asserts that he is threatened with irreparable injury and lacks an adequate remedy at law to protect his rights.

## D. CAUSES OF ACTION

11. For his First Claim, he asserts that his rights as a third party beneficiary to contracts between the South Bend Housing Authority and its funding agencies have been violated by the termination of his tenancy.

12. For his Second Claim, he asserts that he is a third party beneficiary of contracts between the South Bend Heritage Foundation and its funding agencies and that his rights as an applicant for tenancy in the Robertson's Apartments were violated.

13. For his Third Claim, he asserts that his rights under the United States Housing Act, 42 U.S.C. § 1437 et. seq. was violated.

14. For his Fourth Claim, he asserts that his rights under the Fair Housing Act, U.S.C. § 3601 et. seq., were violated.

15. For his Fifth Claim, he asserts that the South Bend Housing Authority engaged in a retaliatory eviction of him.

## E. JURY DEMAND

16. Plaintiff demands a Jury Trial on any issues so triable.

## F. RELIEF

Mr. Fincher prays that the Court:

A. Enter a declaratory judgment on his rights, obligations, and liabilities, if any, arising from the facts set forth.

B. Award damages in excess of $10,000 to him on each claim set forth above.

C. Issue appropriate Injunctive Relief to implement as a Declaratory Judgment issued by the Court.

D. For such other relief as the circumstances and proof may justify.

> Respectfully submitted,
>
> INDIANA LEGAL SERVICES, INC.
> Attorney for Plaintiff
>
> */s/ Kent Hull/*
>
> Kent Hull, Attorney No.: 8580-71
> 105 E. Jefferson Blvd., Suite 600
> South Bend, IN  46601
> (574) 234-8121